UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 5:19-cr-22 |
| | ) | |
| v. | ) | UNDER SEAL |
| | ) | **MOTION TO SEAL THE INDICTMENT** |
| 1) GREG E. LINDBERG, | ) | |
| 2) JOHN D. GRAY, | ) | |
| 3) JOHN V. PALERMO, JR., and | ) | |
| 4) ROBERT CANNON HAYES. | ) | |

NOW COMES the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, who moves this Court for an Order directing that the Indictment, this Motion and any order issued pursuant to this be sealed immediately, and that same remain sealed until further order of this Court.

Respectfully submitted, on this day of March 18, 2019.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

*s/ Dana O. Washington*
Dana O. Washington
Assistant United States Attorneys
Virginia Bar # 31981
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 344-6222 (office)
Dana.washington@usdoj.gov