# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | | |
|---|---|---|
| United States of America<br>v.<br>2) JOHN D. GRAY<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 5:19-cr-22 |

RECEIVED
US MARSHALS SERVICE
2019 MAR 19 AM 10: 33
WESTERN NORTH CA...

FILED
CHARLOTTE, NC

APR - 2 2019

US DISTRICT COURT
WESTERN DISTRICT OF NC

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* 2) JOHN D. GRAY ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

did knowingly combine, conspire, confederate, & agree with one another, & with others known & unknown to the Grand Jury, to devise & intend to devise a scheme & artifice to defraud and to deprive, by means of material false and fraudulent pretenses, representations, & promises, & to transmit and cause to be transmitted by means of wire communication in interstate commerce, any writings, signs, signals, pictures, & sounds for the purpose of executing the scheme & artifice to defraud & deprive, that is, to deprive North Carolina & the citizens of N.C. of their intangible right to the honest services of the COMMISSIONER, an elected State official, through bribery, in violation of 18 U.S.C. §§ 1343 &1346

Date: 03/18/2019

*Issuing officer's signature*

City and state: Charlotte, NC

FRANK G. JOHNS
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/19/2019 , and the person was arrested on *(date)* 4-2-19
at *(city and state)* CHARLOTTE, NC .

Date: 4-2-19

*Arresting officer's signature*

MICHAEL SHECGER,
*Printed name and title* SPECIAL AGENT

---

Case: 5:19-cr-00022-FDW-DSC *SEALED* Document 5 Filed 03/18/2019 Page 1 of 1
Case 5:19-cr-00022-FDW-DSC Document 13 Filed 04/02/19 Page 1 of 1