IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:19-cr-22-MOC-DSC

**UNITED STATES OF AMERICA**, )
)
**v.** ) **JOHN D. GRAY'S**
) **SECOND AMENDED**
**JOHN D. GRAY, et al.** ) **EXHIBIT LIST**
)
Defendants. )
)

Defendant John Gray hereby identifies the following amended list of exhibits that may be offered during the trial in this matter. Mr. Gray reserves the right to offer any exhibits identified on the exhibit lists of the Government and other Defendants and to supplement this exhibit list as necessary at trial.

| No. | Doc. Date | Description | Bates No. | ID By | Admit. By |
|---|---|---|---|---|---|
| 1. | 02/09/2018 | Feb. 9, 2018 Phone Call between John Gray and Mike Causey. | USA-00000153 | | |
| 2. | 02/24/2018 | Feb. 24, 2018 Phone Call between John Gray and Mike Causey. | USA-00000159 | | |
| 3. | 02/26/2018 | Feb. 26, 2018 Phone Call between John Gray and Mike Causey. | USA-00000165 | | |
| 4. | 03/01/2018 | Mar. 1, 2018 Phone Call between John Gray and Mike Causey. | USA-00000178 | | |
| 5. | 10/03/2018 | FBI 302 entered Oct. 3, 2018, regarding John Gray interview conducted by S/A Eric Davis and Michael Scherger on Aug. 28, 2018. | USA-00213185 | | |
| 6. | | Chart summarizing campaign contributions made by Jacqueline Obusek to the Mike Causey Campaign, June 2018–Dec. 2019, based on information available on the North Carolina State Board of Elections website. | N/A | | |
| 7. | 02/15/2018 | Feb. 15, 2018 Audio Recording | USA-00000157 | | |
| 8. | 02/28/2018 | Feb. 28, 2018 Audio Recording | USA-00000170 | | |
| 9. | 05/29/2018 | May 29, 2018 Video Recording | N/A | | |

| No. | Doc. Date | Description | Bates No. | ID By | Admit. By |
|---|---|---|---|---|---|
| 10. | 01/27/2018 | Jan. 27, 2018 Audio Recording | USA-00000136 | | |
| 11. | 08/28/2017 | Fornshell email | USA-00179716 | | |
| 12. | 03/12/2019 | CHS Reporting Document | USA-00213881 | | |
| 13. | 01/16/2018 | Scherger email | USA-00214320 | | |
| 14. | 08/30/2018 | Woodhouse email | USA-02143145 | | |
| 15. | | FBI Memo | USA-02238002 | | |
| 16. | N/A | Chart summarizing campaign contributions made by Michelle Osborne to the Mike Causey Campaign, Aug. 2012 – Dec. 2019, based on information available on the North Carolina State Board of Elections website. | N/A | | |
| 17. | 01/30/2018 | Jan. 30, 2018 Audio Recording | USA-00000140 | | |
| 18. | 03/05/2018 | Mar. 5, 2018 Audio Recording | USA-00000180 | | |
| 19. | 03/11/2018 | Mar. 11, 2018 Audio Recording | USA-00000213 | | |
| 20. | 05/16/2018 | May 16, 2018 Audio Recording | USA-00000088 | | |
| 21. | 03/19/2019 | FD-302 for Judith Reynolds | USA-00818570 | | |
| 22. | 11/21/2017 | Text messages | USA-00196723 | | |
| 23. | 11/21/2017 | Text messages | USA-00196723 | | |
| 24. | 11/21/2017 | Text messages | USA-00196723 | | |
| 25. | 11/21/2017 | Text messages | USA-00196723 | | |
| 26. | 11/22/2017 | Text messages | USA-00196723 | | |
| 27. | 11/22/2017 | Text messages | USA-00196723 | | |
| 28. | 11/22/2017 | Text messages | USA-00196723 | | |
| 29. | 08/08/2018 | Text messages | USA-00196723 | | |
| 30. | N/A | Any and all documents necessary for rebuttal or impeachment of a witness | | | |
| 31. | N/A | Any and all documents identified by the government or Defendants as an exhibit they intend to use at trial or introduced by the government or Defendants at trial | | | |
| 32. | 03/05/2018 | Mar. 5, 2018 Video Recording | N/A | | |

Respectfully submitted this 20th day of February, 2020.

/s/ Jack M. Knight
Jack M. Knight
N.C. Bar No. 21145
Winston & Strawn LLP
300 S. Tryon Street, 16th Floor
Charlotte, NC 28202
(704) 350-7700
jknight@winston.com

John H. Cobb
N.C. Bar No. 17052
jcobb@winston.com

Patrick A. Doerr
N.C. Bar No. 50673
pdoerr@winston.com

*Attorneys for Defendant John D. Gray*

# CERTIFICATE OF SERVICE

I, Jack M. Knight, hereby certify that a true copy of the of the foregoing John D. Gray's Second Amended Exhibit List was served upon counsel of record with the Clerk of the Court using the electronic notification of such filing to the following:

**William Stetzer**
**Dana Washington**
U.S. Attorney's Office for the Western District of North Carolina
227 W. Trade Street
Suite 1650
Charlotte, NC 28202
(704) 344-6222
dana.washington@usdoj.gov
william.stetzer@usdoj.gov

**James Mann**
U.S. Department of Justice, Criminal Division
Public Integrity Section
(202) 305-4763
james.mann@crm.usdoj.gov

This 20th day of February, 2020.

/s/ Jack M. Knight
Jack M. Knight
N.C. Bar No. 21145
Winston & Strawn LLP
300 S. Tryon Street, 16th Floor
Charlotte, NC 28202
(704) 350-7700
jknight@winston.com

*Attorney for Defendant John D. Gray*