# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
#### DOCKET NO. 5:19-CR-00022-MOC-DSC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| **JOHN D. GRAY, et al.,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** comes before the Court on Defendant Gray's Motion to Reconsider the Unopposed Motion for an Extension of Time to File Post-Trial Motions Under Federal Rules of Criminal Procedure 29(c) and 33 (Doc. No. 206). Having reconsidered the motion, the Court finds good cause to grant an extension. Accordingly, the Court will exercise its discretion and grant Defendant Gray an additional fourteen days to file his post-trial motions.

**IT IS, THEREFORE, ORDERED** that Defendant Gray's Motion to Reconsider the Unopposed Motion for an Extension of Time to File Post-Trial Motions Under Federal Rules of Criminal Procedure 29(c) and 33 (Doc. No. 206) is **GRANTED**, and Defendant Gray **SHALL** have an **additional fourteen days** to file post-trial motions. Defendant Gray **SHALL** file all post-trial motions **on or before April 2, 2020.**

      **SO ORDERED.**

Signed: March 19, 2020

Max O. Cogburn Jr.
United States District Judge