UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:19-cr-22-MOC

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JOHN D. GRAY,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on a Motion by defense counsel to be relieved of the duty to represent Defendant John D. Gray and to continue the Garcia Hearing scheduled for August 21, 2023. (Doc. No. 364).

The motion is **GRANTED** to the extent that the Garcia hearing is postponed while the Court considers the motion to withdraw as counsel.

Signed: August 18, 2023

Max O. Cogburn Jr.
United States District Judge

-1-