UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:19-cr-22-MOC

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JOHN D. GRAY, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's motion to sever. (Doc. No. 385). Defendant indicates that the Government opposes the motion, but the Government has so far declined to respond.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Government **SHALL RESPOND** to Defendant's motion within 10 days of the entry of this order.

Signed: April 2, 2024

Max O. Cogburn Jr
United States District Judge