# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE
#### No. 5:19-cr-22-MOC

UNITED STATES OF AMERICA,

    v.

GREG E. LINDBERG and JOHN D. GRAY,

        *Defendants.*

We, the jury, return the following unanimous verdict as to the charges contained in the Bill of Indictment:

**As to Count Two, we, the jury, find:**

Defendant Greg E. Lindberg:

        **GUILTY:** ___X___ **NOT GUILTY:** _____

Defendant John D. Gray:

        **GUILTY:** ___X___ **NOT GUILTY:** _____

**As to Count One, we, the jury, find:**

Defendant Greg E. Lindberg:

        **GUILTY:** ___X___ **NOT GUILTY:** _____

Defendant John D. Gray:

        **GUILTY:** ___X___ **NOT GUILTY:** _____

So say we all, this the 15 day of May, 2024

Signed: ████████████████████████

                    FOREPERSON