UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:19-CR-00022-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **GREG E. LINDBERG** | ) | |
| **JOHN D. GRAY** | ) | |
| **JOHN V. PALERMO JR** | ) | |
| **ROBERT CANNON HAYES,** | ) | |
| | ) | |
| Defendant. | ) | |

    **THIS MATTER** is before the Court on the Government's Motion for Extension of Time to File a Reply to Defendant's Response to the Government's Motion for Preliminary Order of Forfeiture. (Doc. No. 467). Finding good cause for an extension, the Court enters the following Order.

**ORDER**

    **IT IS, THEREFORE, ORDERED** that the Government's Motion for Extension of Time (Doc. No. 467) is **GRANTED**, and the Government shall have up to and including September 6, 2024, to file a Reply.



Max O. Cogburn Jr.
United States District Judge

1